**Elijah Shane CLARY, Plaintiff–Appellant,**

v.

**Darlene WHITE; Sheila Moore; MS. Harris; Dr. Ateiat Philips; Sergeant Deborah Hamm; Mr. Philips; Ms. Whaley; Mr. Fields; Mr. Body, Defendants–Appellees,**

**and**

**Sergeant Harper; Robert C. Lewis; Cynthia Mundy; Unknown Custody Officer, Defendants.**

No. 15–6479.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

---

Elijah Shane Clary, Appellant Pro Se. Kimberly D. Grande, North Carolina Department of Justice, Raleigh, North Carolina; Kelly Street Brown, Elizabeth Pharr McCullough, Young Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Shane Clary seeks to appeal the district court's order granting summary judgment in part in his 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Clary seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*